FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL CULVER,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 4:17-CV-5179-EFS<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Remand, ECF No. 19. Pursuant to 42 U.S.C. § 405(g), the parties move the Court for an order remanding this matter to the Administrative Law Judge ("ALJ") for further administrative proceedings. The Court finds good cause to grant the parties' motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** This matter shall be **REMANDED** to the agency for further proceedings consistent with this Order. On remand, the ALJ shall:

    **A.** conduct a new hearing, further develop the record, and issue a new decision;

    **B.** reevaluate and further develop the medical evidence and record;

ORDER GRANTING STIPULATED MOTION TO REMAND **-** 1

   **C.**  reevaluate steps two and three of the sequential evaluation process;

   **D.**  reevaluate the claimant's credibility;

   **E.**  reevaluate the claimant's residual functional capacity pursuant to SSR 96-8p; and

   **F.**  reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert as necessary.

  **2.** **JUDGMENT** is to be entered in favor of Plaintiff.

  **3.** The case shall be **CLOSED.**

  **4.** All pending motions are **DENIED** as moot.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   26th   day of June 2018.

       __s/Edward F. Shea __
       EDWARD F. SHEA
     Senior United States District Judge

Q:\EFS\Civil\2017\17-CV-5179;Culver;SS.Ord.Remand.lc02.docx

ORDER GRANTING STIPULATED MOTION TO REMAND **-** 2